**NOT FOR PUBLICATION**

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

|  |  |
|---|---|
| ANTHONY BUSSIE, | |
| Plaintiff, | Civ. Action No. 14-2719 (RMB) |
| v. | **MEMORANDUM AND ORDER** |
| NEW JERSEY et al., | |
| Defendants. | |

**BUMB**, District Judge

    This matter is before the Court upon Plaintiff's self-styled motion to dismiss, motion to demur, and motion to appeal (ECF No. 3.) On April 28, 2014, Plaintiff commenced this action by filing a civil complaint (ECF No. 1), which this Court administratively terminated because it was unintelligible and rambling. (ECF No. 2.) The Court noted that on April 20, 2012, Plaintiff was found incompetent to stand trial pursuant to 18 U.S.C. §4241(d), and was committed to the Bureau of prisons for treatment to restore competency. (Id. at 2.)

    Much like his original complaint in this matter, Plaintiff's motion is completely unintelligible. The Court will deny Plaintiff's motion without prejudice, allowing Plaintiff to

reassert his motion(s) if he can clearly explain to the Court the basis for the relief he seeks in this matter.

IT IS therefore on this **22nd** day of **December 2015**,

**ORDERED** that the Clerk shall reopen this matter for consideration of Plaintiff's self-styled motion to dismiss, motion to demur, and motion to appeal (ECF No. 3); and it is further

**ORDERED** that Plaintiff's motion (ECF No. 3) is DENIED without prejudice; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter; subject to reopening if Plaintiff submits, within 30 days from the date of this Order, an amended, intelligible civil complaint or an intelligible motion related to this Court's dismissal (ECF No. 3) of his original complaint in this matter.

                                      s/Renée Marie Bumb
                                      **Renée Marie Bumb**
                                      **United States District Judge**